Andrew Jeremiah Lamorie #495024
Name and Prisoner/Booking Number

Mohave County Jail
Place of Confinement

501 W. HWY 66
Mailing Address

Kingman, AZ 86401
City, State, Zip Code

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 28 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.

REFERENCE LRCiv P 5.4
(Rule Number/Section)

Andrew Jeremiah Lamorie,
(Full Name of Plaintiff) Plaintiff,

vs.

(1) Child Protective Services,
(Full Name of Defendant)
(2) Tracy Davis
(3) _____
(4) _____
Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-19-08319-PCT-JAT--JZB
(To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT
BY A PRISONER

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

*Jury Trial Demanded*

A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☐ Other: _____

2. Institution/city where violation occurred: Lake Havasu City, AZ

550/555

Revised 5/1/2013

1

B. DEFENDANTS

1. Name of first Defendant: __Child Protective Services__. The first Defendant is employed as: __government agency__ at __Child Protective Services__.
   (Position and Title)                               (Institution)

2. Name of second Defendant: __TRACY DAVIS__. The second Defendant is employed as: __Supervisor/Case Worker__ at __Child protective services__.
   (Position and Title)                               (Institution)

3. Name of third Defendant: _____. The third Defendant is employed as: _____ at _____.
   (Position and Title)                               (Institution)

4. Name of fourth Defendant: _____. The fourth Defendant is employed as: _____ at _____.
   (Position and Title)                               (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? ____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: __14th Amendment Due-process__

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. Supporting Facts. State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. __Please See Attached pages...__

4. Injury. State how you were injured by the actions or inactions of the Defendant(s). __Loss of life, Severe mental Anguish, Severe depression, Anxiety, Suicidal Ideations, Severe psycological distress, Social Harm, Loss of my Daughters Life...__

5. Administrative Remedies:
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?  ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count I?  ☐ Yes  ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes  ☒ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. __"Not Grievable"__

3

D. Cause of Action - 3. Supporting Facts...

In January 2018, Tracy Davis whom was a Supervisor while employeed for Child Protective Services and while acting under color of State law, violated my Fourteenth Amendment Rights of the United States Constitution. Tracy Davis's conduct as a government Employee has forever deprived me of my Life, Liberty, and Family. Tracy Davis failed to Provide me any Form of Due Process. More specifically, Tracy Davis's Outrageous conduct has resulted in the Death and Loss of my very own daughter.

My daughter Gabriella was injured accidentially while playing in our house. I called 911 and EMT was immediately disbatched to my house. My daughter was rushed to the Emergency Room at the Lake Havasu Regional Medical Center where she Stayed in the I.C.U. overnight before being life flighted to Las Vegas and being Placed on Life Support.

The Lake Havasu City Police dept. notified Child Protective Services that a child was in critical condition and being transported.

Tracy Davis, a Supervisor with Child Protective Services was assigned to investigate

(1)                                                              cont....

.... Cont

the Case.

Once my daughter was in the I.C.U. in Las Vegas, Tracy Davis was in communication with the medical staff. Tracy Davis never had any parental, custodial, or decision making rights or authoriety to make any life-ending decision. TRACY DAVIS took it upon her own Judgement to "Pull the plug" on the life support system that was keeping my daughter alive.

Tracy Davis never notified me, my girlfriend, or anyone associated with my family that she was authorizing the termination of my daughters life.

Tracy Davis never even attempted to obtain the rights, to make the choice, to "pull the plug" on my daughters life.

My parental rights were never severed through any form of due process prior to Tracy Davis making this Judgement call.

At the time of this Constitutional Violation, I; Andrew J. Lamorie, was my daughters legal guardian with full parental rights over my daughter.

Cont....

(2)

...Cont

Tracy DAVIS, a supervisor, from C.P.S., while acting officially, under color of state Law, has deprived me of my Life, Liberty, or property without providing any forms of DUE process. Clearly violating my Fourteenth Amendment rights that I am guaranteed by the United States Constitution.

TRACY DAVIS made a unauthorized decision to end my daughters Life without the rights to do so.

Furthermore, Tracy DAVIS also chose to have my baby daughter Creamated.

I was notified after the facts that Tracy DAVIS both, A) Ended my daughters Life, and; B) Had her creamated without Consent and without Due process and proper Authorization to do so.

Tracy DAVIS Abused her discretion and went well beyond the scope of her official dutys when she took matters into her own hands and terminated the life of my daughter. Child Protective Services is Liable for this violation committed on behalf of C.P.S. by a supervising Employee.

③

E. REQUEST FOR RELIEF

State the relief you are seeking:
Compensatory and Punitive damages Awarded by A Jury
Jury Trial on All issues Triable by a Jury
Any & All Court costs & Attorney Fees associated with this Case
Any other Relief the Court deems Just

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 10/16/19
           DATE

_Andrew J. Lynde_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.