IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT 28 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

Andrew J. Lamorie
(Plaintiff)

vs.

Child Protective Services, et. al
(defendants)

MOTION FOR APPOINTMENT OF COUNSEL

CV-19-08319-PCT-JAT--JZB

Pursuant to 28 U.S.C. § 1915(e)(1) Plaintiff moves for an order appointing counsel to represent him in this case. In support of this motion, Plaintiff states:

1.) Plaintiff is unable to afford counsel. He has requested leave to proceed in forma pauperis.

2.) Plaintiff's imprisonment will greatly limit his ability to litigate. The issues involved in this case are complex, and will require significant research and investigation. Plaintiff has very limited access to the Law Library and limited knowledge of the law.

3.) A Trial in this case will likely involve conflicting testimony, and counsel would better enable Plaintiff to present evidence and cross examine witnesses.

....Cont.

WHEREFORE, plaintiff respectfully requests that the court appoint qualified counsel in this case.

X

10-19-19
Date

X Andrew J Lamorie
X #495024
Andrew J Lamorie
Signature, Print name below

X Mohave County Jail
X 501 W. Hwy 66
X Kingman AZ 86401
X
X

Address

②